Defendant: **Merrill Lynch Professional Clearing Corp.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $100,000.00 | 2/3/2023 | Expense Reimbursement | 2/3/2023 | $100,000.00 |
| **Totals:** | 1 transfer(s), | $100,000.00 | | | | | |

Merrill Lynch Professional Clearing Corp. (2277666)
Bankruptcy Case: Bed Bath & Beyond Inc.
Feb 4, 2025

Exhibit A

P. 1